IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                    PLAINTIFF/COUNTER-DEFENDANT

VERSUS                                               CIVIL ACTION NO. 1:06CV345-P-D

THE ESTATE OF JEREMY BLANCHARD,
et al                                                DEFENDANT/COUNTER-PLAINTIFF

**ORDER**

This cause came on for hearing on State Farm's Motion for Summary Judgment, Or In the Alternative, Motion to Dismiss Extra-Contractual Damages [41]   The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' Motion is should be sustained with regard to the issues of medical payments coverage and defendants' bad faith insurance claim.  The motion is not well-taken and should be denied with regard to the issue of uninsured motorist coverage.

IT IS, THEREFORE, ORDERED AND ADJUDGED that State Farm's Motion for Summary Judgment [41] should be, and hereby is, GRANTED in part and DENIED in part. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 8th day of September, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE