IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY        PLAINTIFF/COUNTER-DEFENDANT

VERSUS            CIVIL ACTION NO. 1:06CV345-P-D

THE ESTATE OF JEREMY BLANCHARD,
et al              DEFENDANT/COUNTER-PLAINTIFF

**FINAL JUDGMENT**

This cause came on for hearing on plaintiff's Motion for Summary Judgment, Or In the Alternative, Motion to Dismiss Extra-Contractual Damages [41]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered this day,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the judgment is entered in favor of the defendants with regard to State Farm's duty to pay benefits under the uninsured motorist coverage of policy number 0111-D23-49D. IT IS FURTHER ORDERED that judgment is entered in favor of the plaintiff with regard to State Farm's duty to pay benefits under the medical payments coverage of the subject policy and with regard to defendant's counterclaim for bad faith refusal to pay insurance benefits. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 8th day of September, 2008.

                /s/ W. Allen Pepper, Jr.
                W. ALLEN PEPPER, JR.
                UNITED STATES DISTRICT JUDGE